# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| United States of America | ) |
|---|---|
| v. | ) |
| SHAWN RHONDU SMITHWICK | ) Case No: 5:06-CR-121-1F |
| | ) USM No: 50278-056 |
| Date of Original Judgment: March 7, 2007 | ) |
| Date of Previous Amended Judgment: October 7, 2008 | ) Thomas P. McNamara |
| *(Use Date of Last Amended Judgment if Any)* | Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
    [✓] **DENIED.**  [ ] **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____

The amendment is applicable to the defendant, but does not have the effect of lowering the guideline imprisonment range. Therefore, the defendant is not eligible for a reduction under this amendment.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated March 7, 2007, and October 7, 2008, shall remain in effect. **IT IS SO ORDERED.**

Order Date: 3/29/12

*Judge's signature*

Effective Date: _____
*(if different from order date)*

James C. Fox., Senior U.S. District Judge
*Printed name and title*

EDNC Rev. 11/8/2011